894

No. 71. DREWS ET AL. v. MARYLAND, on appeal from the Court of Appeals of Maryland;

No. 84. TURNER v. CITY OF MEMPHIS ET AL., on appeal from the United States District Court for the Western District of Tennessee (question of jurisdiction postponed, *ante*, p. 808); and

No. 315. TINSLEY v. CITY OF RICHMOND (appeal dismissed, *ante*, p. 18). Motions of *Thurgood Marshall* for leave to withdraw appearances as counsel for appellants granted.

No. 286. UNITED STATES v. DIEBOLD, INC. Appeal from the United States District Court for the Southern District of Ohio. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon* and *Irwin A. Seibel* for the United States. *Thurman Arnold, Abe Fortas, William L. McGovern, Victor H. Kramer* and *Abe Krash* for appellee.

No. 312. IN RE GREEN. Supreme Court of Ohio. Certiorari granted. *Fred A. Smith* and *Merritt W. Green* for petitioner. *Harry Friberg* for respondent.

No. 369. WOOD v. GEORGIA. Court of Appeals of Georgia. Certiorari granted. *Milton Kramer* for petitioner. *Eugene Cook,* Attorney General of Georgia, *E. Freeman Leverett,* Deputy Assistant Attorney General, *William M. West,* Solicitor General, and *Jack J. Gautier,* Assistant Solicitor General, for respondent.